**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 13-1751**

ELLA M. ALSTON,

        Plaintiff - Appellant,

    v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant - Appellee.

Appeal from the United States District Court for the District of Maryland, at Baltimore. Deborah K. Chasanow, Chief District Judge. (1:10-cv-03446-DKC)

Submitted: October 22, 2013      Decided: October 24, 2013

Before WILKINSON, NIEMEYER, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Ella M. Alston, Appellant Pro Se. Ariana Wright Arnold, JACKSON LEWIS, LLP, Baltimore, Maryland; Thomas Harold Barnard, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ella M. Alston appeals the district court's order denying her Fed. R. Civ. P. 60(b)(3) motion for relief from the district court's judgment dismissing with prejudice her employment discrimination claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Alston v. Colvin, No. 1:10-cv-03446-DKC (D. Md. May 15, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED